# COMPLAINT/REMOVAL DISMISSAL
## United States District Court
## Southern District of New York

Mag. Judge Dkt. No. 17 MAG 08023     Date 1/8/2020

USAO No. 2019R00724

The Government respectfully requests the Court to dismiss without prejudice the ___ Complaint ✓ Removal Proceedings in

United States v. JOSE OSORIO

The Complaint/Rule 40 Affidavit was filed on 10/27/2017

✓ U.S. Marshals please withdraw warrant.

_____
ASSISTANT UNITED STATES ATTORNEY

JACOB SWETT
(Print name)

**SO ORDERED:**

_____         _____ 1/8/2020
UNITED STATES MAGISTRATE JUDGE         DATE

---

Distribution:    White → Court      Yellow → U.S. Marshals      Green → Pretrial Services      Pink → AUSA Copy